Location: SF13 Citation: 1091663 SIDE: A

New Citation Search   New Hearing Search

## United States District Court Violation Notice

**CVB Location Code:** SF13

**Violation Number:** 1091663
**Officer Name (Print):** MERCADO
**Officer No:** 80814

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 12/19/08 1310
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(b)37

**Place of Offense:** 1201 NW 16 ST, MIAMI FLORIDA 33125

**Offense Description:** POSSESSION OF FIREARMS ON FEDERAL PROPERTY.

### DEFENDANT INFORMATION

**Phone:** (954) 817-6459
**Last Name:** NAPOLITANO
**First Name:** Dominic
**M I:**
**Street Address:** 406 NW 68 AVE APT #108
**City:** PLANTATION
**State:** FL
**Zip Code:** 33317
**Date of Birth:** 06/09/1939
**Drivers License No:** N143-160-39-209-0
**DL State:** FL
**Social Security No:** 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

☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female
**Hair:** GRAY  **Eyes:** BRN  **Height:** 5'6"  **Weight:** 189

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev 03/2006)      Original - CVB Copy

Location: SF13 Citation: 1091663 SIDE: B

**New Citation Search** **New Hearing Search**

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/19, 20 08 while exercising my duties as a law enforcement officer in the SOUTHERN District of FLORIDA

ON 12/19/08 AT 1300 HOURS DURING MY ROUTINE PATROL AT THE MIAMI VA HEALTH CARE CENTER I OBSERVED A SMALL BLACK BAG IN THE MEN'S BATHROOM (MENTAL HEALTH CLINIC). OWNER WAS LATER ID AND CITED FOR 38 CFR 1.218 (b) 37, POSSESSION OF FIREARMS, CARRIED EITHER OPENLY OR CONCEALED, WHETHER LOADED OR UNLOADED (EXCEPT BY FEDERAL OR STATE LAW ENFORCEMENT OFFICERS ON OFFICIAL BUSINESS.

The foregoing statement is based upon
[X] my personal observation    [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 12/19/08    [Officer's Signature]
           Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
           Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 1/21/2009  12 04 04