UNITED STATES DISTRICT COURT,
                                              SOUTHERN DISTRICT OF FLORIDA

                                              VIOLATION # 1091663
                                              MAGISTRATE JUDGE:  ROBERT DUBE

UNITED STATES

V

DOMINICK NAPOLITANO

_____/


## MOTION FOR RETURN OF PROPERTY

      COMES NOW the Defendant, Dominick Napolitano, by and through undersigned counsel, and respectfully requests for this Honorable Court to grant this his Motion for Return of Property on the following grounds:

1. The Defendant, Dominick Napolitano, was charged with Possession of a Firearm on Federal Property, as a result of bringing firearms into the Bruce W. Carter VA Hospital on December 19, 2008.

2. On the date of the offense, the Defendant was moving.  The Defendant is over 70 years old. The Defendant was transporting his legally registered and purchased firearms in a black bag, which was very similar to another bag where the Defendant routinely keeps his wallet and other personal items.  When the Defendant entered into the Bruce W. Carter VA Hospital with the weapons at issue, the Defendant mistakenly brought the wrong bag into the hospital.

3. On February 25, 2009, all charges against the Defendant were dismissed.

4. The Defendant respectfully requests for This Honorable Court to enter an order requiring the US Department of Veterans Affairs Police to return the following items to the Defendant:
    1. Smith and Wesson 9mm Handgun, serial #TBT8427
    2. Smith and Wesson 22 caliber Handgun, serial # UBB5118
    3. Gun Smoke Enterprises Rifle, serial #GSE20187
    4. Baretta 9 mm Rifle, serial # CX00560
    5. No. Star Mounted Bipod
    6. Mounted Scope, serial #763933
    7. Mounted Scope, unknown make and model
    8. Tact Edge Mounted Scope
    9. Laser Sight, unknown make and model

WHEREFORE, the Defendant respectfully requests for this Honorable Court to grant this his Motion for Return of Property.

Respectfully submitted,

s/ Teresa Williams
_____
Teresa Williams, Esq.
Counsel for Defendant
Fla. Bar No. 015407
633 S. Andrews Avenue, Suite 101
Ft. Lauderdale, Fl.  33301
(954)761-9131
(954)761-9149 fax
twilliamslaw@comcast.net