UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MJ-2528-DUBÈ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOMINIC NAPOLITANO,

    Defendant.
_____/

## ORDER ON MOTION FOR RETURN OF PROPERTY

THIS CAUSE is before the Court on the Motion for Return of Property (violation #1091663) filed by the Defendant. (D.E. #3). After reviewing the motion, the file in this cause, and noting the agreement of the parties, it is **ORDERED AND ADJUDGED** as follows:

1)    The Motion for Return of Property (D.E. #3) is hereby **GRANTED** with certain conditions. The Miami Veterans Affairs Hospital ("VA Hospital") shall return the Firearms described in paragraph 4 of the Defendant's Motion upon the satisfaction of the following conditions:

    A)    Counsel for the Defendant will contact Detective Fiore of the VA Hospital to arrange a mutually convenient time for the return of the Firearms.

    B)    Counsel for the Defendant or another authorized representative of the Defendant, and not the Defendant himself, will retrieve the Firearms from Detective Fiore and transport them off the VA Hospital property.

**DONE AND ORDERED** this _7_ day of May, 2009.

                                                  ROBERT L. DUBÈ
                                                  UNITED STATES MAGISTRATE JUDGE